UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA, | 06 CR194 |
|---|---|
| Plaintiff, | |
| v. | Case No. 06-CR- |
| | [T.29 U.S.C. §§ 436 and 439(a)] |
| LOIS CARTER, | |
| Defendant. | **I N F O R M A T I O N** |

**THE UNITED STATES ATTORNEY CHARGES:**

1. At all times relevant:

    a. Local 84101 of the Industrial Division of the Communication Workers of America (IUE-CWA Local 84101), located in Milwaukee, Wisconsin, was a labor organization engaged in an industry affecting commerce.

    b. The defendant, Lois Carter, was the financial secretary of IUE-CWA Local 84101 and, therefore, required to sign and file annual financial reports with the U.S. Department of Labor on behalf of Local 84101.

2. During the period from October 1, 2002, through at least December 2005, in the State and Eastern District of Wisconsin,

**LOIS CARTER**

willfully failed to maintain records providing the necessary basic information and data to verify, explain, clarify, and check the accuracy and completeness of the financial report required to be filed with the Department of Labor by Local 84101 for the fiscal year ending September 30, 2003. These records included vouchers, receipts, credit card statements, and other documentation providing the necessary supporting information for expenses charged to the union's credit card by Carter during the fiscal year ending September 30, 2003.

All in violation of Title 29, United States Code, Sections 436 and 439(a).

8/10/06
Date

for: STEVEN M. BISKUPIC
United States Attorney